Argued and submitted March 28, judgment vacated,
remanded for sentencing June 20, 1984

STATE OF OREGON,
*Respondent,*

*v.*

CLARENCE JONES,
*Appellant.*

(C83-04-31797; CA A29335)

691 P2d 830

J. Marvin Kuhn, Chief Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Brenda J. Peterson, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, Van Hoomissen, Judge, and Joseph, Chief Judge.

PER CURIAM

**PER CURIAM**

Defendant appeals his convictions of burglary in the first degree and robbery in the second degree. ORS 164.225; 164.405. He contends that the trial court should not have entered separate convictions and separate sentences for the burglary and the robbery. The state confesses error. We agree that the trial court erred. Accordingly, we vacate the robbery conviction.

We have considered defendant's other assignments and find no error.

Conviction for robbery in the second degree vacated; affirmed as modified; remanded for sentencing.